UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALWILDA HUMPHRIES,
    Plaintiff,

-vs-                                            CASE NO.: 8:16-cv-00437-SCB-JSS

BLUESTEM BRANDS, INC. d/b/a
FINGERHUT,
    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, ALWILDA HUMPHRIES, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, ALWILDA HUMPHRIES, and Defendants, BLUESTEM BRANDS, INC. d/b/a FINGERHUT, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                                   ***/s/ Frank H. Kerney, III***
                                                                   FRANK H. KERNEY, III, ESQUIRE
                                                                   Florida Bar#: 88672
                                                                   MORGAN & MORGAN, TAMPA, P.A.
                                                                   One Tampa City Center
                                                                   201 N. Franklin St., Suite 700
                                                                   Tampa, FL 33602
                                                                   Telephone: (813) 223-5505
                                                                   Facsimile:  (813) 223-5402
                                                                   Email:  fkerney@forthepeople.com
                                                                   Secondary: lcrouch@forthepeople.com
                                                                   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4TH day of April, 2016, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

*/s/ Frank H. Kerney, III*
FRANK H. KERNEY, III, ESQUIRE
Florida Bar#: 88672